DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MONTAVIOUS J. SANDERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-0421

[May 19, 2022]

Appeal from order denying rule 3.850 motion in the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 562018CF002976.

Montavious J. Sanders, Crawfordville, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***